UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

HIEN VAN NGUYEN, a/k/a, NGUYEN
VAN HIEN,

            Petitioner,

   v.

JESSICA SAGE, et al.,

            Respondents.

CIVIL ACTION NO. 3:26-CV-00545

(MEHALCHICK, J.)

**ORDER**

**AND NOW**, this 6th day of March, 2026, in consideration of the petition of Hien Van Nguyen ("Nguyen") (Doc. 1), the Court finds the following and **ORDERS**:

1. Nguyen filed the instant petition on March 5, 2026, requesting that Respondents Jessica Sage, David O'Neill, Todd M. Lyons, Kristi Noem, and Pamela Bondi (together "Respondents") release him from custody at the Federal Correction Institute, Lewisburg ("FCI Lewisburg") in Lewisburg, Pennsylvania. (Doc. 1).

2. According to Nguyen, Respondents have detained him under 8 U.S.C. § 1231 for more than six months with no credible plan for removal. (Doc. 1, at 2, 4).

3. Nguyen avers that his continued detention past the presumptively reasonable six-month removal period violates § 1231 as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001) and the Due Process Clause of the Fifth Amendment. (Doc. 1, at 8-11).

4. Courts in the Third Circuit have found that petitioners are entitled to supervised release when they sufficiently establish their removal is not reasonably foreseeable and their detention has exceeded the period necessary to secure their removal. *Munoz-Saucedo v. Pittman*, 789 F. Supp. 3d 387, 400 (D.N.J 2025) (citing *Zadvydas*, 533 U.S. at 699-700); *see Talebinejad v. Otto*, No. 3:25-cv-329, 2026 WL 21537, at *1 n.1 (W.D. Pa. Jan. 5, 2026).

5. Nguyen shall make immediate and proper service of the petition for writ of habeas corpus (Doc. 1) and this Order on Respondents.

6.  Respondents shall not transfer Nguyen without further order of this Court.

7.  Respondents shall file their response to Nguyen's petition on or before **FRIDAY, MARCH 13, 2026**.

8.  Nguyen shall file his traverse on or before **FRIDAY, MARCH 20, 2026.** If he does not intend to file a traverse, counsel shall notify the Court as such, by email to **judge_mehalchick@pamd.uscourts.gov** with copy to all counsel of record.

BY THE COURT:

*s/Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**

2